IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-22-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MAURICE ANDRE HIGH, | ) | |
| | ) | |
| Defendant. | ) | |

Not later than June 2, 2017, the government shall file a response to Maurice Andre High's motion requesting a judicial recommendation concerning length of residential re-entry center/ halfway house placement.

SO ORDERED. This 8 day of May 2017.

JAMES C. DEVER III
Chief United States District Judge