IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-22-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MAURICE ANDRE HIGH, ) | |
| ) | |
| Defendant. ) | |

On March 9, 2017, Maurice Andre High ("High") moved for a judicial recommendation concerning halfway house placement [D.E. 76]. On May 30, 2017, the government responded in opposition [D.E. 80].

The Bureau of Prisons ("BOP") gets to decide whether High will serve any of his imprisonment in a halfway house. See 18 U.S.C. §§ 3621(b), 3624(c). If High is not satisfied with the BOP's decision, High may seek judicial review. To date, the BOP has not made its decision [D.E. 80], and this court declines to make a recommendation.

In sum, High's motion for a judicial recommendation to a halfway house [D.E. 76] is DENIED.

SO ORDERED. This **30** day of May 2017.

JAMES C. DEVER III
Chief United States District Judge